UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:14-CR-22T33MAP
           18 U.S.C. § 371
JOSHUA STEPHEN BORK           18 U.S.C. § 1001
MADELEINE DENISE FARHAT       18 U.S.C. § 981(a)(1)(C)-Forfeiture
           28 U.S.C. § 2461(c)-Forfeiture

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
(Conspiracy)

At all times material to this Indictment:

**A. INTRODUCTION**

1. The United States Department of Veterans Affairs (hereinafter "VA") was a department of the executive branch of the government of the United States, responsible for, among other things, administering the VA disability benefit program.

2. Under the VA disability program, eligible veterans of the Armed Services of the United States received monthly cash benefit payments for disabilities incurred incident to their military service. The amount of the VA disability benefit payment to each veteran was based upon the extent of the veteran's disability.

3. The United States Social Security Administration (hereinafter "SSA") was an agency of the executive branch of the government of the United States, responsible for, among other things, administering the SSA disability insurance benefit program.

4. Under the Social Security disability insurance program, eligible disabled workers received monthly cash benefit payments. The amount of the SSA disability benefit payment to the worker was based upon the extent of the worker's disability.

5. Defendant JOSHUA STEPHEN BORK, served in the United States Marine Corps for approximately four months and 21 days, between on or about April 7, 2008 and on or about August 27, 2008, after which time he received an uncharacterized discharge.

6. On or about September 9, 2008, Defendant BORK applied for and subsequently was awarded disability benefit payments from the VA based upon a disability rating of 10%. The VA subsequently increased his disability rating to 80% based upon Defendant BORK's representations as to his physical condition.

7. On or about January 18, 2012, Defendant BORK applied for Social Security disability benefits.

8. From in or about November 2011, through in or about December 2013, Defendant MADELEINE DENISE FARHAT was the wife of Defendant BORK.

9. From an unknown date, but from at least as early as February

2009, Defendant BORK performed martial arts training.

### B. THE CONSPIRACY

10.     Beginning on an unknown date, but from at least as early as February 13, 2013, and continuing through in or about January 2014, the defendants,

> JOSHUA STEPHEN BORK
> and
> MADELEINE DENISE FARHAT,

did knowingly and willfully combine, conspire, confederate and agree with each other, to:

- a)    defraud the United States, by impeding, impairing, obstructing and defeating, by craft, trickery, and deceit, the lawful governmental functions of the VA in administering the VA disability program; and,
- b)    commit offenses against the United States, to wit: i) to knowingly and willfully make materially false and fraudulent statements within the jurisdiction of the executive branch of the government of the United States, in violation of Title 18, United States Code, Section 1001; and, ii) to steal property of the United States, in violation of Title 18, United States Code, Section 641.

### C. MANNER AND MEANS

The manner and means by which the defendants sought to accomplish the objects of the conspiracy included, among others, the following:

11.     It was part of the conspiracy that Defendant BORK would, and did,

make false and fraudulent statements to the VA regarding his physical condition;

12.   It was further a part of the conspiracy that Defendant BORK, accompanied by Defendant FARHAT, would, and did, appear for a compensation and pension benefit physical at the VA, in a wheelchair, and did fraudulently represent that their pet dog was a "service" dog;

13.   It was further a part of the conspiracy that Defendant FARHAT would, and did, falsely and fraudulently exaggerate Defendant BORK's physical condition to the VA;

14.   It was further a part of the conspiracy that Defendant BORK would, and did, conceal from the VA his participation in martial arts; and,

15.   It was a further part of the conspiracy that conspirators would, and did, misrepresent, conceal, hide, and cause to be misrepresented, concealed, and hidden, acts done in furtherance of the conspiracy and the purpose of those acts.

## D. OVERT ACTS

16.   In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the Middle District of Florida, and elsewhere:

    a)   On or about November 16, 2009, during a compensation and pension examination for the VA, Defendant BORK falsely claimed that it took him 9 minutes to walk 100 yards;

    b)   On or about March 23, 2012, Defendant BORK falsely told a VA

|   |   |
|---|---|
|   | psychologist that he had served in the Marines for three years in Special Operations and participated in combat, several special ops missions, and was exposed to blasts from improvised explosive devices; |
| c) | On or about April 19, 2012, Defendant BORK falsely told a VA Vocational Rehabilitation Counselor that he had Post Traumatic Stress Disorder; |
| d) | On or about February 8, 2013, Defendant BORK arrived at a VA medical center exam room for a compensation and pension examination in a wheelchair being pushed by Defendant FARHAT; |
| e) | On or about February 8, 2013, Defendant BORK falsely represented to a VA physician that he was in extreme pain and had severely limited range of motion; |
| f) | On or about March 6, 2013, Defendant FARHAT falsely represented to the VA that Defendant BORK was extremely limited in his physical motion and in need of assistance with daily activities such as bathing and dressing. |

In violation of Title 18, United States Code, Section 371.

## COUNT TWO

On or about February 8, 2013, in the Middle District of Florida, the defendant,

JOSHUA STEPHEN BORK,

5

in a matter within the jurisdiction of the executive branch of the government of the United States, that is, the Department of Veterans Affairs, a Department of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to the Department of Veterans Affairs in connection with his compensation and pension examination, in that he fraudulently stated that he was in extreme pain and pretended to have great difficulty moving about, when the defendant then and there well knew he was not in extreme pain and could move about freely.

In violation of Title 18, United States Code, Section 1001(a)(2).

### COUNT THREE

On or about February 19, 2012, in the Middle District of Florida, the defendant,

JOSHUA STEPHEN BORK,

in a matter within the jurisdiction of the executive branch of the government of the United States, that is, the Social Security Administration, an Agency of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to the Social Security Administration in connection with his submission of a Function Report-Adult Form SSA-3373-BK, in that he fraudulently claimed he was unable to drive, exercise or perform martial arts when, in fact, he then and there well knew such statements were false, and he could drive, exercise and perform martial arts.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT FOUR

On or about March 6, 2013, in the Middle District of Florida, the defendant,

MADELEINE DENISE FARHAT,

in a matter within the jurisdiction of the executive branch of the government of the United States, that is, the Department of Veterans Affairs, a Department of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation to the Department of Veterans Affairs regarding Defendant BORK's physical condition, in that she falsely stated that BORK was extremely limited in physical motion and needed assistance with daily activities such as bathing and dressing, when in fact, she then and there well knew and believed that statement was false, and BORK was not incapacitated and was able to perform martial arts.

In violation of Title 18, United States Code, Section 1001(a)(2).

## FORFEITURE

1.   The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

2.   From their engagement in any or all of the violations alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 371, the defendants,

JOSHUA STEPHEN BORK
and
MADELEINE DENISE FARHAT,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), all of their right, title, and interest in any property constituting, or derived from proceeds the defendants obtained, directly or indirectly, as a result of such violations, including, but not limited to, a forfeiture money judgment in the amount of the proceeds the defendants obtained as a result of such violations.

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred, sold to or deposited with a third person;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: _____
Amanda C. Kaiser
Assistant United States Attorney

By: _____
Simon A. Gaugush
Assistant United States Attorney
Chief, General Crimes Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

JOSHUA STEPHEN BORK
MADELEINE DENISE FARHAT

## INDICTMENT

Violations:

18 U.S.C. §§ 371, 1001

A true bill

_____
Foreperson

Filed in open court this 22nd day

of January 2014.

_____
Clerk

Bail $ _____

GPO 863 525