# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**GUILTY PLEA MINUTES**

CASE NO.: 8: 14-Cr-22-T-33MAP　　　　　　　　　DATE: February 26, 2014

HONORABLE   MARK A. PIZZO, U.S. Magistrate Judge

COURT REPORTER: n/a　　　　　　　　　DEPUTY CLERK:   J.GORDON

UNITED STATES OF AMERICA　　　　　　　　　Amanda Kaiser
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

vs.

JOSHUA STEPHEN BORK　　　　　　　　　　Yvette Gray, AFPD
Defendant　　　　　　　　　　　　　　　　　Attorney for Defendant

Hearing Time: 10:00a-10:45a　　　TAPE: DIGITAL　　　　Courtroom: 11B

(X)　DEFENDANT WAS SWORN.

(X)　PLEA AGREEMENT FILED.

(X )　PLEA OF GUILTY ENTERED AS TO COUNT ONE (1) of the INDICTMENT.

(X )　FACTUAL BASIS  ESTABLISHED.

(X )　REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION

(X )　SENTENCING to be scheduled by separate notice before District Judge Virginia M. Hernandez Covington

(XI)　REMANDED TO THE CUSTODY OF THE U.S. MARSHAL PENDING SENTENCING.