**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.  CASE NO: 8:14-cr-22-T-33MAP

JOSHUA STEPHEN BORK

_____

**ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT**

The Defendant, Joshua Stephen Bork, entered a plea of guilty to Count One of the Indictment before the Magistrate Judge Mark A. Pizzo on February 26, 2014.  The Magistrate Judge issued a Report and Recommendation in which he recommended the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Accordingly, it is ORDERED and ADJUDGED:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, Joshua Stephen Bork be adjudicated guilty as to Count One.

3. That sentencing be scheduled for *May 22, 2014, at 10:30 AM*, in Courtroom 14B of the Sam M. Gibbons Courthouse, Tampa, Florida.  **Defense counsel must review the PSI Report with their client prior to sentencing. Counsel/USPO to notify CRD Lisa Bingham at 813-301-5348 if an evidentiary sentencing is requested and/or if sentencing proceeding will exceed thirty minutes.**

**DONE** and **ORDERED** in Tampa, Florida 26th day of February, 2014.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record
U.S. Pretrial Services
U.S. Probation Office
U.S. Marshal Service